ANNA ALLEN, Respondent, *v.* GUY L. VAUGHAN, Appellant.

(Submitted October 5, 1934; decided October 23, 1934.)

*Clarence S. Zipp* and *James B. Henney* for appellant.

*Louis P. Eisner* and *Eugene J. Raphael* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.